# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY TWIGG, | : | CIVIL NO. 1:14-CV-1787 |
| Plaintiff | : | |
| | : | **Chief Judge Conner** |
| v. | : | |
| | : | |
| PRIME CARE, WARDEN MARY | : | |
| SABOL, DR. VON KIEL, PATRICIA | : | |
| BENNETT, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 31st day of August, 2015, upon consideration of defendants' motions (Docs. 27, 34) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 27) to dismiss filed by defendants PrimeCare Medical, Inc., Erik Von Kiel, D.O., and Patricia Bennett is GRANTED.

2. The motion (Doc. 34) to dismiss filed on behalf of defendant Warden Mary Sabol is GRANTED.

3. Plaintiff's claim pursuant to the Religious Land Use and Institutionalized Persons Act is DISMISSED with prejudice. Plaintiff's claims under § 1983 for violations of the First, Eighth, and Fourteenth Amendments are DISMISSED without prejudice.

4. Consistent with paragraph 3, plaintiff is granted leave to amend his complaint within twenty (20) days of the date of this order. Any amended pleading filed pursuant to this paragraph shall be filed to the same docket number as the instant action, and shall be titled "First Amended Complaint," and shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint under the Federal Rules of Civil Procedure, without reference to the complaint (Doc. 1) hereinabove dismissed.

5. If plaintiff fails to amend his complaint as contemplated by paragraph 4, the Clerk of Court will be directed to close this case.

6. Plaintiff's motion (Doc. 59) to object to certain of defendants' submission is DENIED as moot in light of the above disposition of defendants' motions and plaintiff's complaint.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania