IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY TWIGG,** | : | CIVIL ACTION NO. 1:14-CV-1787 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **DR. VON KIEL,** | : | |
| **PATRICIA BENNETT,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 9th day of August, 2016, upon consideration of defendants' motion (Doc. 69) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 69) to dismiss is GRANTED.

2. The Clerk of Court is directed to CLOSE this action.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania